JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ANA TERESA GOMES DE,

Petitioner,

v.

FERETI SEMAIA, ETC., ET AL.,

Respondents.

No. ED CV 26-4208-E

JUDGMENT

Pursuant to the "Order for Entry of Judgment," it is adjudged that the Petition is granted in part and Respondents must provide Petitioner (A# 201-371-851) with a bond hearing before an immigration judge within fourteen (14) days at which the burden will be on the Government to justify Petitioner's detention through clear and convincing evidence that Petitioner is an unacceptable danger or an unacceptable risk of flight.

DATED: August 12, 2026

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE